14

STATE OF MONTANA, Plaintiff, vs. EDWARD SEXTON, Defendant.

No. 2384-A

DECISION

The application of the above-named defendant for a review of the sentence of 10 years for Burglary First Degree, imposed on June 12, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Gerald Neeley, Attorney at Law, for his assistance to the defendant and to this Court.

DATED this 7th day of December, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.

STATE OF MONTANA, Plaintiff, vs. JOHN THOMAS INGRAM, Defendant.

DECISION

The application of the above-named defendant for a review of the sentence of 14 years for Forgery, imposed on September 7, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Mr. Lon Maxwell of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 7th day of December, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.

STATE OF MONTANA, Plaintiff, vs. HAROLD SONNY HOSKINS, Defendant.

DECISION

The application of the above-named defendant for a review of the sentence of 10 years for Criminal Sale of Dangerous Drugs, imposed on September 25, 1972, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

DATED this 7th day of December, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.